UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
FEB 20 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40068 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| SCOTT D. PARKER, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Due to the nature of Scott D. Parker's claimed business, the Court desires that starting immediately, the Defendant be able to travel back and forth between Arizona and Mexico. This Order is entered by the sentencing Judge for Mr. Parker. Accordingly,

IT IS ORDERED:

1. That Scott D. Parker is permitted to travel back and forth between Arizona and Mexico, effective immediately, to conduct his business.

Dated this 20th day of February, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY